# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT YOUNG, *et al.*, | : | Case No. 1:16-cv-1006 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Michael J. Newman |
| RANDALL WINKLER, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 57)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Michael J. Newman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on June 26, 2019, submitted a Report and Recommendation (Doc. 57). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 57) is **ADOPTED**;

2. Defendants' motion for sanctions (Doc. 46) is **DENIED**;

3. The Court **RELINQUISHES** continuing jurisdiction to enforce the terms of the settlement agreement reached in this case; and

4. This case shall remain **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

Date: 7/29/19

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge